| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>NOREEN A. MADOYAN, State Bar No. 279227<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>Telephone No. (202) 934-4064<br>Facsimile No. (213) 894-2603<br>Email: Noreen.Madoyan@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>EDMUND CHEUNG,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:22-bk-15521-DS<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Stipulation to Convert Case to Chapter 13 in lieu of Motion Pursuant to 11 USC 707(B)(1), (b)(2), and (3)(B) |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO CONVERT CASE TO CHAPTER 13 IN LIEU OF MOTION PURSUANT TO 11 U.S.C. §§ 707(B)(1), (b)(2) AND (3)(B) was lodged on (*date*) 12/15/2022 and is attached. This order relates to the motion which is docket number 18.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                              **F 9021-1.2.BK.NOTICE.LODGMENT**

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**EDMUND CHEUNG**,<br><br>Debtor. | Case No.: 2:22-bk-15521-DS<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONVERT CASE TO CHAPTER 13 IN LIEU OF MOTION PURSUANT TO 11 U.S.C. §§ 707(B)(1), (b)(2) AND (3)(B)**<br><br>Hearing Date:  [No Hearing Requested]<br>Time:<br>Place:    Courtroom 1639<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

Having reviewed the *Stipulation to Convert Case to Chapter 13 in Lieu of Motion Pursuant to 11* **U.S.C. §§ 707(B)(1), (b)(2) AND (3)(B)** (the "Stipulation") made between Edmund Cheung ("Debtor") and the United States Trustee ("U.S. Trustee"), and good cause appearing:

IT IS HEREBY ORDERED THAT:

///

///

///

///

1

1 | 1. The Stipulation is approved.; and

2 | 2. This case is converted from one Chapter 7 to one under Chapter 13, bearing the

3 | same case number.

4 | IT IS SO ORDERED.

5 |                                                                       ###

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>Edmund Cheung,<br>      Debtor(s). | Case No.: 22-15521<br>Chapter: 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on December 14, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| NOL of Order on Stipulation to Convert |
| Stipulation to Convert to Chapter 13 |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
December 14, 2022

*Tinamarie Feil*
Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Edmund Cheung 22-15521**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 6223 | Edmund Cheung, 12975 Agustin Place #337, LOS ANGELES-CA, Playa Vista, CA, 90094, United States of America | **First Class** |